IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br>    1333 North Oracle Road<br>    Tucson, AZ 85705<br><br>        Plaintiff,<br><br>v.<br><br>CARLOS GUTIERREZ, Secretary of Commerce,<br>U.S. Department of Commerce,<br>    1401 Constitution Way, NW<br>    Washington, D.C.  20230<br><br>WILLIAM T. HOGARTH, Assistant Administrator<br>for Fisheries, National Marine Fisheries Service,<br>    1315 East West Highway<br>    Silver Spring, MD  20910<br><br>and the NATIONAL MARINE FISHERIES<br>SERVICE,<br>    1315 East-West Highway,<br>    Silver Spring, MD  20910<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.:<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2(d), Plaintiff respectfully moves the Court to admit Justin Augustine *pro hac vice* in the above captioned matter.

Justin Augustine is a member in good standing of the bar of the state of California (#235561).  See Declaration of Justin Augustine ("Augustine Dec."), attached as Exhibit A, at 1.

Justin Augustine has never been disciplined by any bar.  Id. at 2.

Justin Augustine has not been admitted to practice *pro hac vice* before the U.S. District Court for the District of Columbia in the past two years.  Id. at 3.

Justin Augustine is familiar with the rules of this Court, the facts of this case, and the pleadings of this case.  Id. at 4.  If permitted to appear on behalf of Plaintiff, Justin Augustine

will be associated with the undersigned Brent Plater, who is an active member in good standing of the bar of this Court. Brent Plater will participate in the preparation and trial of this case to the extent required by the Court.

For the reasons set forth, I respectfully request that the Court grant this motion for Justin Augustine to appear *pro hac vice* in all matters in this case.

Respectfully submitted this 23rd day of May, 2005,

/s/ Brent Plater
_____
Brent Plater (DC Bar No. 486505)
CENTER FOR BIOLOGICAL DIVERSITY
SAN FRANCISCO BAY AREA OFFICE
1095 Market Street, Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
bplater@biologicaldiversity.org

Attorney for Plaintiff