IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br>    1333 North Oracle Road<br>    Tucson, AZ 85705<br><br>        Plaintiff,<br><br>v.<br><br>CARLOS GUTIERREZ, Secretary of Commerce,<br>U.S. Department of Commerce,<br>    1401 Constitution Way, NW<br>    Washington, D.C. 20230<br><br>WILLIAM T. HOGARTH, Assistant Administrator<br>for Fisheries, National Marine Fisheries Service,<br>    1315 East West Highway<br>    Silver Spring, MD 20910<br><br>and the NATIONAL MARINE FISHERIES<br>SERVICE,<br>    1315 East-West Highway,<br>    Silver Spring, MD 20910<br><br>        Defendants. | Civil Action No.: |

## DECLARATION OF JUSTIN AUGUSTINE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, JUSTIN JOHN AUGUSTINE, declare as follows:

1. I am a member in good standing of the bar of the State of California (#235561).

2. I have not been disciplined by any bar.

3. I have not been admitted to practice before the U.S. District Court for the District of Columbia *pro hac vice* in the past two years.

4. I am familiar with the facts and issues presented in this case. I have read and understand the local rules of this Court.

5. The facts set forth in this declaration are based on my personal knowledge and if called as a witness, I could and would competently testify as such under oath.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted this 23rd day of May, 2005,

*[signature: Justin Augustine]*

_____
Justin Augustine (CA Bar No. 235561)
*Pro hac vice* pending
CENTER FOR BIOLOGICAL DIVERSITY
SAN FRANCISCO BAY AREA OFFICE
1095 Market Street, Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
jaugustine@biologicaldiversity.org

Attorney for Plaintiff