IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br>    1333 North Oracle Road<br>    Tucson, AZ 85705<br><br>            Plaintiff,<br><br>    v.<br><br>CARLOS GUTIERREZ, Secretary of Commerce,<br>U.S. Department of Commerce,<br>    1401 Constitution Way, NW<br>    Washington, D.C.  20230<br><br>WILLIAM T. HOGARTH, Assistant Administrator<br>for Fisheries, National Marine Fisheries Service,<br>    1315 East West Highway<br>    Silver Spring, MD  20910<br><br>and the NATIONAL MARINE FISHERIES<br>SERVICE,<br>    1315 East-West Highway,<br>    Silver Spring, MD  20910<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.:<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[proposed] ORDER**

Upon consideration of Plaintiffs' motion to admit Justin Augustine *pro hac vice*, it is, on this _____ day of _____, 2005, hereby ORDERED that Plaintiffs' motion to admit Justin Augustine *pro hac vice* is granted, and it is hereby FURTHER ORDERED that Justin Augustine may appear before the Court on all matters concerning the above captioned case.

Dated: _____

_____

[proposed] Order

1