UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY,**  )<br>)<br>**Plaintiff,**  )<br>)<br>v.                                                  )<br>)<br>**CARLOS GUTIERREZ,**                  )<br>**Secretary, Department of Commerce, et al.,**  )<br>)<br>**Defendants.**                               )<br>                                                          ) | Case No: 05-cv-1045 (RMC)<br><br>ECF |

## **PRAECIPE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney John C. Truong as counsel of record for Defendant.

Dated: June 15, 2005                                   Respectfully submitted,


                                                                   /S/
                                                          John C. Truong, D.C. Bar # 465901
                                                          Assistant United States Attorney
                                                          Judiciary Center Building
                                                          555 Fourth Street, N.W.
                                                          Washington, D.C. 20530
                                                          (202) 307-0406
                                                          (202) 514-8780 (fax)
                                                          John.Truong@usdoj.gov