## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY,   )
                                   )
        Plaintiff,            )
                                   )
    v.                         )  Civil Action No. 1:05CV01045 (RMC)
                                   )
CARLOS GUTIERREZ,           )
WILLIAM T. HOGARTH,        )
and the NATIONAL MARINE FISHERIES   )
SERVICE,                  )
                                 )
        Defendants.       )
                                 )

## DECLARATION OF JUSTIN AUGUSTINE IN SUPPORT OF SUMMONS RETURNED EXECUTED

I, Justin Augustine, do declare as follows:

I am a citizen of the United States, over eighteen years of age, and my business address is 1095 Market St., Suite 511, San Francisco, CA 94103.

On June 1, 2005, I served the following documents:

1.)     COMPLAINT

2.)     SUMMONS

3.)     CERTIFICATE REQUIRED BY LCvR 7.1

4.)     MAGISTRATE CONSENT FORM

5.)     ELECTRONIC CASE FILING ORDER

6.)     MOTION FOR ADMISSION PRO HAC VICE

7.)     DECLARATION OF JUSTIN AUGUSTINE IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

8.)     PROPOSED ORDER

DECLARATION OF JUSTIN
AUGUSTINE

on the following:

> Carlos Gutierrez
> Secretary of Commerce
> U. S. Department of Commerce
> 1401 Constitution Way, NW
> Washington, D.C. 20230

> William T. Hogarth
> Assistant Administrator for Fisheries
> National Marine Fisheries Service
> 1315 East West Highway
> Silver Spring, MD 20910

> National Marine Fisheries Service
> 1315 East West Highway
> Silver Spring, MD 20910.

> Alberto Gonzalez
> U.S. Attorney General
> Department of Justice
> 950 Pennsylvania Ave., NW
> Washington, DC 20530-0001

> Civil Processing Clerk
> U.S. Attorney's Office
> 555 4th Street, NW
> Washington, DC 20530

by mailing a true copy of each document enclosed in a sealed envelope and sent via U.S.

certified mail. Attached to this Declaration are Exhibits A through E, a true and correct

copy of the certified mail receipts.

I certify under the penalty of perjury under the laws of the United States that the

foregoing is true and correct.

- 2 -                    DECLARATION OF JUSTIN
                         AUGUSTINE

Respectfully submitted,

DATED: June 17, 2005.

Justin Augustine (CA Bar No. 235561)
*Pro hac vice*
CENTER FOR BIOLOGICAL
DIVERSITY
SAN FRANCISCO BAY AREA OFFICE
1095 Market Street, Suite 511
San Francisco, CA  94103
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
jaugustine@biologicaldiversity.org

Brent Plater (DC Bar No. 486505)
CENTER FOR BIOLOGICAL
DIVERSITY
SAN FRANCISCO BAY AREA OFFICE
1095 Market Street, Suite 511
San Francisco, CA 94103
Telephone:  (415) 436-9682
Facsimile: (415) 436-9683
bplater@biologicaldiversity.org

Attorneys for Plaintiff

- 3 -                          DECLARATION OF JUSTIN
                                           AUGUSTINE

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   B. Date of Delivery<br>6-8-05<br><br>C. Signature<br>X  S- Jones   ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>Carlos Gutierrez<br>Sec. of Commerce<br>U.S. Dept. of Commerce<br>1401 Constitution Way, NW<br>Washington DC 20230 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br><br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7099 3400 0017 4781 1997 | |
| PS Form 3811, March 2001    Domestic Return Receipt | 102595-01-M-1424 |

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Received by *(Please Print Clearly)*    B. Date of Delivery  
C L T    6/3/05

C. Signature.  
X *(signature)*    ☐ Agent  
☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes  
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

William T. Hogarth  
Assistant Admin for Fisheries  
NMFS  
1315 East West Highway  
Silver Spring, MD 20910

3. Service Type  
☒ Certified Mail    ☐ Express Mail  
☐ Registered    ☐ Return Receipt for Merchandise  
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number  
*(Transfer from service label)*    7099 3400 0017 4781 2000

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NMFS

BIS East West Highway

Silver Spring, MD 20410

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

CLT                                       6/3/05

C. Signature

X _____    ☐ Agent
                          ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number
   (Transfer from service label)

7099  3400  0017  4781  2017

PS Form 3811, March 2001        Domestic Return Receipt        102595-01-M-1424

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Lorraine Parker_  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Alberto Gonzalez<br>US. Attorney General<br>Dept. of Justice<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7004 1350 0003 6132 5655 |

PS Form 3811, February 2004      Domestic Return Receipt                102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Processing Clerk
US Attorney's Office
555 4th St. NW
Washington DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Brent L. Fish_    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
NOV 9 6 2005

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7004 1350 0003 6132 5662

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540