UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No: 05-cv-1045 (RMC) |
| | ) | |
| **CARLOS GUTIERREZ,** | ) | ECF |
| Secretary, Department of Commerce, et al., | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Carlos Gutierrez, Secretary, United States Department of Commerce, in his official capacity, respectfully requests the Court for an extension of time from July 8, 2005, to August 8, 2005, to respond to Plaintiff's complaint. The parties' counsel conferred and Plaintiff's counsel does not oppose this motion. This is Defendant's first motion for an extension of time in this case.

This is a Freedom of Information Act ("FOIA") case. Plaintiff seeks information on coral species that Plaintiff had petitioned for protection under the Endangered Species Act. Defendant is evaluating Plaintiff's complaint and is also processing documents to respond to Plaintiff's FOIA request. A thirty-day extension is needed for Defendant to complete its evaluation of Plaintiff's allegations.

Accordingly, the Court should grant Defendant's unopposed motion for an extension from July 8, 2005, to August 8, 2005, to respond to Plaintiff's complaint.

Dated: July 1, 2005              Respectfully Submitted,


_____/s/_____
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney


_____/s/_____
R. CRAIG LAWRENCE, D.C. BAR #171538
Assistant United States Attorney


_____/s/_____
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**CENTER FOR BIOLOGICAL DIVERSITY,**   )
                                       )
    **Plaintiff,**                     )
                                       )
    **v.**                             )   Case No: 05-cv-1045 (RMC)
                                       )
**CARLOS GUTIERREZ,**                  )
**Secretary, Department of Commerce, et al.,**   )
                                       )
    **Defendants.**                    )
_____)

**[PROPOSED] ORDER GRANTING DEFENDANT'S CONSENT MOTION
FOR AN EXTENSION OF TIME**

Upon consideration of Defendant's Unopposed Motion for an Extension of Time and the entire record herein, it is this _____ day of July, 2005,

ORDERED that Defendant's Unopposed Motion for an Extension of Time is and be hereby GRANTED; it is

FURTHER ORDERED that Defendant shall have up to and including August 8, 2005, to respond to Plaintiff's Complaint.

SO ORDERED.

_____
District Court Judge