UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY,**  )<br>)<br>**Plaintiff,**  )<br>)<br>v.  )<br>)<br>**CARLOS GUTIERREZ,**  )<br>**Secretary, Department of Commerce, et al.,**  )<br>)<br>**Defendants.**  )<br>) | Case No: 05-cv-1045 (RMC)<br><br>ECF |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Carlos Gutierrez, Secretary, United States Department of Commerce, in his official capacity, respectfully requests the Court for an extension of time from August 24, 2005, up to and including September 22, 2005, to respond to Plaintiff's Amended Complaint. The parties' counsel conferred and Plaintiff's counsel does not oppose this motion.

This is a Freedom of Information Act ("FOIA") case. Plaintiff seeks information on coral species that Plaintiff had petitioned for protection under the Endangered Species Act. After Plaintiff filed its complaint, Defendant continued to process its FOIA requests and all appeals, and produced a number of responsive documents. After the completion of that process, Plaintiff amended its complaint to challenge Defendant's response to Plaintiff's appeals. Defendant is currently evaluating Plaintiff's Amended Complaint and additional time is needed for Defendant to complete the evaluation of these amended allegations.

Accordingly, the Court should grant Defendant's unopposed motion for an extension from August 25, 2005, to September 22, 2005, to respond to Plaintiff's Amended Complaint.

Dated: August 23, 2005                           Respectfully Submitted,


          /s/
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney


          /s/
R. CRAIG LAWRENCE, D.C. BAR #171538
Assistant United States Attorney


          /s/
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**CENTER FOR BIOLOGICAL DIVERSITY,** )
                                    )
           **Plaintiff,**            )
                                    )
      v.                            )     Case No: 05-cv-1045 (RMC)
                                    )
**CARLOS GUTIERREZ,**                )
**Secretary, Department of Commerce, et al.,** )
                                    )
           **Defendants.**           )
_____)

**[PROPOSED] ORDER GRANTING DEFENDANT'S CONSENT MOTION
FOR AN EXTENSION OF TIME**

Upon consideration of Defendant's Unopposed Motion for an Extension of Time and the entire record herein, it is this _____ day of ____, 2005,

ORDERED that Defendant's Unopposed Motion for an Extension of Time is and be hereby GRANTED; it is

FURTHER ORDERED that Defendant shall have up to and including September 22, 2005, to respond to Plaintiff's Complaint.

SO ORDERED.

_____
District Court Judge