UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**CARLOS GUTIERREZ,** )<br>Secretary, Department of Commerce, et al., )<br>)<br>**Defendants.** )<br>) | Case No: 05-cv-1045 (RMC)<br><br>ECF |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Carlos Gutierrez, Secretary, United States Department of Commerce, in his official capacity, respectfully requests the Court for an extension of time from September 22, 2005, to September 30, 2005, to respond to Plaintiff's Amended Complaint. The parties' counsel conferred and Plaintiff's counsel does not oppose this motion. A scheduling order has not been entered in this case.

This is a Freedom of Information Act ("FOIA") case. Plaintiff seeks information on coral species that Plaintiff had petitioned for protection under the Endangered Species Act. After Plaintiff filed its complaint, Defendant continued to process its FOIA requests and all appeals, and produced a number of responsive documents. After the completion of that process, Plaintiff amended its complaint to challenge Defendant's response to Plaintiff's appeals. The deadline for Defendant to respond to the Amended Complaint is on September 22, 2005.

Defendant fully intended to meet that deadline by filing a motion for summary judgment, attaching a declaration and *Vaughn* Index. Unfortunately, the declarant – the person with knowledge about the search process and the bases for Defendant's invocation of certain

exemptions – is out of town and will not return to the office until Monday September 26, 2005. The undersigned only discovered yesterday that the declarant is currently out of town. Accordingly, Defendant needs this short extension of time so that the declarant can have the opportunity to finalize her declaration and for Defendant to finalize its *Vaughn* Index. Moreover, the undersigned counsel also needs this extra time to submit the motion for client and supervisory review before filing it with the Court.

Accordingly, the Court should grant Defendant's unopposed motion for an extension from to September 22, 2005, to September 30, 2005, to respond to Plaintiff's Amended Complaint.

Dated: September 20, 2005                             Respectfully Submitted,


                                                      /s/
                                                      KENNETH L. WAINSTEIN, D.C. BAR #451058
                                                      United States Attorney



                                                      /s/
                                                      R. CRAIG LAWRENCE, D.C. BAR #171538
                                                      Assistant United States Attorney



                                                      /s/
                                                      JOHN C. TRUONG, D.C. BAR #465901
                                                      Assistant United States Attorney
                                                      555 Fourth Street, N.W.
                                                      Washington, D.C. 20530
                                                      (202) 307-0406

                                                      Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY,**  )<br>)<br>**Plaintiff,**  )<br>)<br>v.  )<br>)<br>**CARLOS GUTIERREZ,**  )<br>**Secretary, Department of Commerce, et al.,**  )<br>)<br>**Defendants.**  )<br>) | Case No: 05-cv-1045 (RMC) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S CONSENT MOTION
FOR AN EXTENSION OF TIME**

Upon consideration of Defendant's Unopposed Motion for an Extension of Time and the entire record herein, it is this _____ day of ____, 2005,

ORDERED that Defendant's Unopposed Motion for an Extension of Time is and be hereby GRANTED; it is

FURTHER ORDERED that Defendant shall have up to and including September 30, 2005, to respond to Plaintiff's Complaint.

SO ORDERED.

_____
District Court Judge