UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**CARLOS GUTIERREZ,** )<br>**Secretary, Department of Commerce, et al.,** )<br>)<br>**Defendants.** )<br>) | Case No: 05-cv-1045 (RMC)<br><br>ECF |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Carlos Gutierrez, Secretary, United States Department of Commerce, in his official capacity, respectfully requests the Court for an extension of time from September 30, 2005, to October 7, 2005, to respond to Plaintiff's Amended Complaint. The parties' counsel conferred and Plaintiff's counsel does not oppose this motion. A scheduling order has not been entered in this case.

This is a Freedom of Information Act ("FOIA") case. Plaintiff seeks information on coral species that Plaintiff had petitioned for protection under the Endangered Species Act. After Plaintiff filed its complaint, Defendant continued to process its FOIA requests and all appeals, and produced a number of responsive documents. After the completion of that process, Plaintiff amended its complaint to challenge Defendant's response to Plaintiff's appeals. The deadline for Defendant to respond to the Amended Complaint is on September 30, 2005.

Defendant fully intended to meet that deadline by filing a motion for summary judgment, attaching a declaration and *Vaughn* Index. Defendant was informed that the declarant – the person with knowledge about the search process and the bases for Defendant's invocation of

certain exemptions – was out of town and would not return to the office until Monday September 26, 2005. The undersigned counsel did not hear from the declarant until late Tuesday afternoon. Accordingly, Defendant needs a seven-day extension so that the undersigned can consult with the declarant to finalize finalize her declaration and for Defendant to finalize its *Vaughn* Index. Moreover, the undersigned counsel also needs this extra time to submit the motion for client and supervisory review before filing it with the Court.

Accordingly, the Court should grant Defendant's unopposed motion for an extension from to September 30, 2005, to October 7, 2005, to respond to Plaintiff's Amended Complaint.

Dated: September 28, 2005                                Respectfully Submitted,


                                /s/
                                KENNETH L. WAINSTEIN, D.C. BAR #451058
                                United States Attorney


                                /s/
                                R. CRAIG LAWRENCE, D.C. BAR #171538
                                Assistant United States Attorney


                                /s/
                                JOHN C. TRUONG, D.C. BAR #465901
                                Assistant United States Attorney
                                555 Fourth Street, N.W.
                                Washington, D.C. 20530
                                (202) 307-0406

                                Attorneys for Defendant

Case 1:05-cv-01045-RMC     Document 10     Filed 09/28/2005     Page 3 of 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**CENTER FOR BIOLOGICAL DIVERSITY,** )
                                    )
            **Plaintiff,**          )
                                    )
       v.                           )     Case No: 05-cv-1045 (RMC)
                                    )
**CARLOS GUTIERREZ,**               )
**Secretary, Department of Commerce, et al.,** )
                                    )
            **Defendants.**         )
_____)

**[PROPOSED] ORDER GRANTING DEFENDANT'S CONSENT MOTION
FOR AN EXTENSION OF TIME**

Upon consideration of Defendant's Unopposed Motion for an Extension of Time and the entire record herein, it is this _____ day of ____, 2005,

ORDERED that Defendant's Unopposed Motion for an Extension of Time is and be hereby GRANTED; it is

FURTHER ORDERED that Defendant shall have up to and including October 7 2005, to respond to Plaintiff's Complaint.

SO ORDERED.

_____
District Court Judge