UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
CENTER FOR BIOLOGICAL DIVERSITY, )
)
        Plaintiff, )
)
v. )   Case No: 05-cv-1045 (RMC)
)
CARLOS GUTIERREZ, )   ECF
Secretary, Department of Commerce, et al., )
)
        Defendants. )
_____)

**DEFENDANT'S STATEMENT OF MATERIAL FACTS FOR
WHICH THERE IS NO GENUINE DISPUTE**

Pursuant to Local Rules 7(h) and 56.1, Defendant Department of Commerce submits the following Statement of Material Facts for Which There is No Genuine Dispute in support of its Motion to Dismiss or, in the alternative, for Summary Judgment:

1. By letter dated August 27, 2004, Plaintiff Center for Biological Diversity served its first FOIA request to the National Marines and Fisheries Services ("NMFS")[1] seeking "comments submitted during the public comment period pertaining to the imperiled coral species." A.C. at ¶ 51. Declaration of Beverly J. Smith ("Smith Decl.") at ¶ 1 (Gov. Exh. A).

2. By two letters dated October 1, 2004, Plaintiff filed two additional FOIA requests, the first sought specific information from the files of Ms. Jennifer Ann Moore. A.C. at ¶ 61, Smith Decl. at ¶ 2, 5. Its second October 1, 2004, FOIA request sought documents on how the NMFS convened a Biological Review Team. A.C. at ¶¶68-69; Smith Decl. at ¶ 9.

---

[1]     The National Marine and Fisheries Services is a component of the National Oceanic and Atmospheric Administration, which in turn is a component of Defendant Department of Commerce. Smith Decl. at ¶ 1.

3. On October 15, 2004, Defendant responded to Plaintiff's August 27, 2004, FOIA request and produced 223 pages of records. Gov. Exh. C. Defendant withheld only portions of three e-mails under Exemption 6. Id.

4. On November 15, 2004, Plaintiff filed an administrative appeal from the response to the August 27, 2004 FOIA request. Gov. Exh. D. Plaintiff's appeal arrived on November 15, 2004, at 2:12p.m. Pacific Standard Time. A.C. at ¶ 58.

5. Defendant rejected the appeal as untimely. Smith Decl. at ¶ 2.

6. On January 19, 2005, Defendant responded to Plaintiff's first October 1, 2004 FOIA (October 1 FOIA-593) request. Gov. Exh. E.; Smith Decl. at ¶ 6.

7. On February 16, 2005, Plaintiff appealed Defendant's January 19, 2005, response. Gov. Exh. F.

8. Subsequently, on July 8, 2005, Defendant responded to the appeal. Gov. Exh. G; Smith Decl. at ¶ 6.

9. As for Plaintiff's second October 1, 2004 FOIA request (October 1 FOIA -594), Defendant responded to it on October 19, 2004. Gov. Exh. H; Smith Decl. at ¶ 11.

10. Plaintiff then appeal the response on November 16, 2004. Gov. Exh. I.

11. Defendant responded to the appeal on July 29, 2005. Gov. Exh. J; Smith Decl. at ¶ 12.

Dated: October 7, 2005                   Respectfully Submitted,


                                          /s/
                                          KENNETH L. WAINSTEIN, D.C. BAR #451058
                                          United States Attorney


                                          /s/
                                          R. CRAIG LAWRENCE, D.C. BAR #171538
                                          Assistant United States Attorney

                            /s/
_____
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant