IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**, ) | |
| ) | |
| **Plaintiff**, ) | |
| ) | |
| v. ) | Case No.: 05-cv-1045 (RMC) |
| ) | |
| **CARLOS GUTIERREZ**, ) | ECF |
| **Secretary of Commerce**, et al., ) | |
| ) | |
| **Defendants**. ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

Pursuant to Federal Rules of Civil Procedure 6(b), Plaintiff, Center for Biological Diversity ("the Center"), respectfully requests a one week extension of time from October 18, 2005, to October 25, 2005, in which to file its response to Defendants' Motion to Dismiss (or in the alternative, for Summary Judgment), and in support, states as follows:

1.) On October 7, 2005, Defendants filed a Motion to Dismiss (or in the alternative, for Summary Judgment) in response to the Center's Amended Complaint thus making the Center's Motion for Summary Judgment due on October 18, 2005.

2.) Because court ordered deadlines and court appearances in other matters preclude Plaintiff's Counsel from preparing a motion for summary judgment during the short time allowed by the Federal Rules of Civil Procedure and the Local Rules for the District Court for the District of Columbia, Plaintiff needs and respectfully requests a one week extension of time in which to file its motion for summary judgment. Such an extension would make the response due on October 25, 2005.

3.) The Center has contacted Defendants' attorney and has been informed they do not oppose a one week extension.

Respectfully submitted this 11th day of October.

*Justin Augustine* (signature)

---

Brent Plater (DC Bar No. 486505)
CENTER FOR BIOLOGICAL DIVERSITY
SAN FRANCISCO BAY AREA OFFICE
1095 Market Street, Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
bplater@biologicaldiversity.org

Justin Augustine (CA Bar No. 235561)
*Pro hac vice*
CENTER FOR BIOLOGICAL DIVERSITY
SAN FRANCISCO BAY AREA OFFICE
1095 Market Street, Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
jaugustine@biologicaldiversity.org

Attorneys for Plaintiff