**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**,  )<br>)<br>**Plaintiff**,  )<br>)<br>v.  )<br>)<br>**CARLOS GUTIERREZ**,  )<br>Secretary of Commerce, **et al**.,  )<br>)<br>**Defendants**.  ) | Case No.: 05-cv-1045 (RMC)<br><br>ECF |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION**
**FOR AN EXTENSION OF TIME**

In consideration of Plaintiff's Unopposed Motion for an Extension of Time, it is

this _____ day of _____, 2005,

ORDERED that Plaintiff's Unopposed Motion for an Extension of Time be granted and

FURTHER ORDERED that Plaintiff shall have until October 25, 2005 to file its

Motion for Summary Judgment.

SO ORDERED.

_____

District Court Judge