UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**CARLOS GUTIERREZ,** )<br>Secretary, Department of Commerce, et al., )<br>)<br>**Defendants.** )<br>) | Case No: 05-cv-1045 (RMC)<br><br>ECF |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Carlos Gutierrez, Secretary, United States Department of Commerce, in his official capacity, respectfully requests the Court for an extension of time from November 4, 2005, to November 21, 2005, to file his Reply Brief. The parties' counsel conferred and Plaintiff's counsel does not oppose this motion. A scheduling order has not been entered in this case.

This is a Freedom of Information Act ("FOIA") case. Plaintiff seeks information on coral species that Plaintiff had petitioned for protection under the Endangered Species Act. Defendant filed his Motion for Summary Judgment on October 7, 2005, and Plaintiff responded by filing a combined Cross Summary Judgment Motion and Opposition on October 25, 2005. By operation of the Local Rule and the Federal Rules of Civil Procedure, Defendant's Reply Brief is due on November 4, 2005.

The undersigned was informed by agency counsel that she will not be in the office on Thursday and Friday of this week, and that she will not be back until next week. Agency counsel played an important role in preparing Defendant's summary judgment motion and her

input in preparing the Reply Brief is essential. Her input is especially important here because Plaintiff's Cross Summary Judgment Motion and Opposition raised certain issues that Defendant needs to investigate. Moreover, a seventeen-day extension is needed due to the undersigned other work commitment. Specifically, the undersigned in scheduled to complete all fact discovery, including taking plaintiff's deposition, during the week of November 7, 2005. The following week, the undersigned needs to respond to written discovery requests in a case that the undersigned inherited from a colleague who is currently out on long-term sick leave. In addition, the undersigned has to file two briefs during that week.

For these reasons, Defendant respectfully requests that the Court grant this seventeen-day extension of time from November 4, 2005, to November 21, 2005, for Defendant to file its Reply Brief.

Dated: November 2, 2005                          Respectfully Submitted,


_____/s/_____
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney


_____/s/_____
R. CRAIG LAWRENCE, D.C. BAR #171538
Assistant United States Attorney


_____/s/_____
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **CARLOS GUTIERREZ,** ) <br> **Secretary, Department of Commerce, et al.,** ) <br> ) <br> **Defendants.** ) <br> ) | Case No: 05-cv-1045 (RMC) |

## [PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
## FOR AN EXTENSION OF TIME

Upon consideration of Defendant's Unopposed Motion for an Extension of Time and the entire record herein, it is this _____ day of ____, 2005,

ORDERED that Defendant's Unopposed Motion for an Extension of Time is and be hereby GRANTED; it is

FURTHER ORDERED that Defendant shall have up to and including November 21, 2005, to respond to file its Reply Brief.

SO ORDERED.

_____
District Court Judge