UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No: 05-cv-1045 (RMC) |
| ) | |
| **CARLOS GUTIERREZ,** ) | ECF |
| Secretary, Department of Commerce, et al., ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF MATERIAL FACTS
AS TO WHICH THERE IS NO GENUINE DISPUTE**

Pursuant to Local Rules 7(h) and 56.1, Defendant Department of Commerce, hereby responds to Plaintiff's Statement of Material Fact as to Which There Is Not Genuine Dispute ("SOF") as follows:

1. Not disputed.

2. Plaintiff's SOF # 2 is a summary of Plaintiff's August 27, 2004 FOIA request. The letter speaks for itself. Pl. Exh. A, p. 1-5.

3. Plaintiff's SOF # 3 is Plaintiff's characterization of Defendant's October 15, 2004 letter. Defendant denies Plaintiff's characterization. The letter speaks for itself. Pl. Exh. A, p. 6-7.

4. Plaintiff's SOF # is Plaintiff's characterization of Defendant's October 15, 2004 letter, calling it "absurd." See SOF # 4. Defendant denies Plaintiff's characterization. The letter speaks for itself. Pl. Exh. A, p. 8-10.

5. As for the first sentence of Plaintiff's SOF # 5, Defendant does not dispute that

       Defendant informed Plaintiff that its appeal was untimely. See Pl. Exh. A., p. 11. The second sentence of Plaintiff's SOF # 5 is a legal conclusion. "Legal conclusions cloaked as facts are not sufficient to create a genuine issue of material fact." Colbert v. Chao, 2001 WL 710114, * 7 (D.D.C. June 19, 2001).

6. Plaintiff's SOF # 6 is a summary of Plaintiff's FOIA request. The letter speaks for itself. Pl. Exh. B, p. 1-5.

7. Plaintiff's SOF # 7 is Plaintiff's characterization of Defendant's January 19, 2005 letter. Defendant denies Plaintiff's characterization. The letter speaks for itself. Pl. Exh. B., p. 6-8.

8. Not disputed.

9. Plaintiff's SOF #9 is Plaintiff's characterization of Defendant's July 8, 2005 letter. Defendant denies Plaintiff's characterization. The letter speaks for itself. Pl. Exh. B., p. 13-15.

10. Plaintiff's SOF # 10 is Plaintiff's characterization of Defendant's July 8, 2005 letter, in the form of a legal conclusion. Defendant denies Plaintiff's characterization. The letter speaks for itself. Pl. Exh. B., 13-15. Furthermore, "[l]egal conclusions cloaked as facts are not sufficient to create a genuine issue of material fact." Colbert v. Chao, 2001 WL 710114, * 7 (D.D.C. June 19, 2001).

11. Plaintiff's SOF # 11 is Plaintiff's characterization of Defendant's July 8, 2005 letter. Defendant denies Plaintiff's characterization. The letter speaks for itself. Pl. Exh. B, p. 13-15.

12. Plaintiff's SOF # 12 is a summary of Plaintiff's third FOIA request. The letter speaks for

itself. Pl. Exh. C, p. 1-5.

13. Not disputed.

14. The first sentence of Plaintiff's SOF # 14 is Plaintiff's characterization of Defendant's October 19, 2004 letter. Defendant denies the characterization. The letter speaks for itself. Pl. Exh. C, p. 6. The second sentence of Plaintiff's SOF # 14 is not disputed.

15. To the extent that Plaintiff's SOF # 15 suggests that Defendant violated any statute or regulation, it is a legal conclusion. "Legal conclusions cloaked as facts are not sufficient to create a genuine issue of material fact." Colbert v. Chao, 2001 WL 710114, * 7 (D.D.C. June 19, 2001).

16. Plaintiff's SOF # 16 is a summary of Defendant's July 29, 2005. The letter speaks for itself. Pl. Exh. C, p. 12-15.

17. The first and second sentences of Plaintiff's SOF # 17 are a summary of Defendant's July 29, 2005 letter. The letter speaks for itself. Pl. Exh. C, p. 12-15. The third sentence of Plaintiff's SOF # 17 is Plaintiff's characterization of Defendant's July 29, 2005 letter. Defendant denies the characterization. Again, the letter speaks for itself. Id.

Dated: November 21, 2005.                     Respectfully Submitted,

                                                                          /s/
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

                                                                          /s/
R. CRAIG LAWRENCE, D.C. BAR #171538
Assistant United States Attorney

                /s/
_____
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant