IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CARLOS GUTIERREZ, ) <br> WILLIAM T. HOGARTH, ) <br> and the NATIONAL MARINE FISHERIES ) <br> SERVICE, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:05CV01045 (RMC) <br><br> ECF |

### [PROPOSED] ORDER

Pursuant to Federal Rule of Civil Procedure 56, and in consideration of Plaintiff's Cross Motion for Summary Judgment and Opposition to Defendant's Motion to Dismiss or in the alternative for Summary Judgment, Defendant's Motion to Dismiss or in the alternative for Summary Judgment, the Replies, and the entire record herein,

IT IS ORDERED that Plaintiff's Cross Motion for Summary Judgment is Granted;

IT IS FURTHER ORDERED that Defendants are declared to have violated the Freedom of Information Act, 5 U.S.C. § 552, in regard to Plaintiff's FOIA requests and appeals;

IT IS FURTHER ORDERED that Defendants are declared to have engaged in a pattern and practice of violating FOIA with respect to Plaintiff's FOIA requests and appeals;

IT IS FURTHER ORDERED that Defendants shall timely respond to Plaintiff's future FOIA requests and appeals.

IT IS FURTHER ORDERED that Defendants must immediately make available all documents illegally withheld; and

IT IS FURTHER ORDERED that the Court will retain jurisdiction for the purpose of ensuring compliance with this Order and to resolve any motion by plaintiff for attorney's fees and costs.

IT IS SO ORDERED.

DATED this _____ day of _____, 2005.

_____

U.S. District Judge