IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, )<br>  )<br>  Plaintiff, )<br>  )<br>  v. )<br>  )<br> CARLOS GUTIERREZ, )<br> WILLIAM T. HOGARTH, )<br> and the NATIONAL MARINE FISHERIES )<br> SERVICE, )<br>  )<br>  Defendants. )<br>  ) | Civil Action No. 1:05CV01045 (RMC)<br><br>ECF |

### NOTICE OF ERRATA

On November 29, 2005, Plaintiff, Center for Biological Diversity, filed a Reply brief with an incorrect title. The correct title is Plaintiff's Reply in Support of Its Cross-Motion for Summary Judgment. The complete Reply with a corrected title page is attached.

Dated: November 30, 2005

Respectfully submitted,

_/s/ Justin Augustine_

Brent Plater (DC Bar No. 486505)
CENTER FOR BIOLOGICAL DIVERSITY
SAN FRANCISCO BAY AREA OFFICE
1095 Market Street, Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
bplater@biologicaldiversity.org

Justin Augustine (CA Bar No. 235561)
*Pro hac vice*
CENTER FOR BIOLOGICAL DIVERSITY
SAN FRANCISCO BAY AREA OFFICE
1095 Market Street, Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682
Facsimile: (415) 436-9683

jaugustine@biologicaldiversity.org

Attorneys for Plaintiff