UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY,** | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 05-1045 (RMC) ) |
| **CARLOS GUTIERREZ,** | ) ) ) |
| Secretary, Department of Commerce, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

For the reasons stated in the Memorandum Opinion filed concurrently herewith, it is hereby

**ORDERED** that Defendants' Motion to Dismiss [Dkt. #11] is **GRANTED**; and it is

**FURTHER ORDERED** that Defendants' Motion for Summary Judgment [Dkt. #11] is **GRANTED** in part and **DENIED** without prejudice in part; and it is

**FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment [Dkt. #14] is **DENIED** without prejudice; and it is

**FURTHER ORDERED** that Counts I, IV, and V of Plaintiff's First Amended Complaint are **DISMISSED**; and it is

**FURTHER ORDERED** that the parties shall confer and jointly submit to the Court, no later than **August 25, 2006**, a proposed schedule to govern further proceedings in this matter.

**SO ORDERED**.


Date: August 10, 2006                                          /s/
                                                   _____
                                                   ROSEMARY M. COLLYER
                                                   United States District Judge