UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARLOS GUTIERREZ, )<br>Secretary, Department of Commerce, et al., )<br>)<br>Defendants. )<br>) | Civil No. 05-1045 (RMC) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties stipulate to the dismissal of this action with prejudice. Each side will bear its own costs and fees.

                              Respectfully submitted,

                                /s Justin Augustine (by permission)
                              Brent R. Plater, D.C. Bar # 486505
                              Justin Augustine, CA Bar # 235561
                              CENTER FOR BIOLOGICAL DIVERSITY
                              1095 Market Street
                              Suite 511
                              San Francisco, CA 94103
                              (415) 436-9682

                              Counsel for Plaintiff

                                 s/Kenneth L. Wainstein (RC)
                              KENNETH L. WAINSTEIN, D.C. BAR # 451058
                              United States Attorney

                                    s/Rudolph Contreras
                              RUDOLPH CONTRERAS, D.C. BAR # 434122
                              Assistant United States Attorney

  s/John C. Truong (PSS)
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant